# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145105

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RITA RENEE CRABTREE,
      Defendant-Appellant.

SC: 145105
COA: 302583
Hillsdale CC: 10-342193-FH

_____/

      On order of the Court, the application for leave to appeal the March 20, 2012 judgment of the Court of Appeals is considered and, in lieu of granting leave to appeal, we REVERSE that part of the Court of Appeals judgment addressing the assessment of points for offense variable (OV) 1, MCL 777.31, and OV 2, MCL 777.32, we VACATE the sentence of the Hillsdale Circuit Court, and we REMAND this case to the trial court for resentencing in light of the Court of Appeals decision in *People v Ball*, ___ Mich App ___ (COA 303727, decided June 19, 2012), lv den ___ Mich ___ (SC 145668, October 26, 2012). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2012

Clerk

p1023